# United States District Court
## For The Western District of North Carolina
## Charlotte Division

David T. Duncan,

        Petitioner(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      Case No. 3:10CV326

Roy Cooper,

        Respondent(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/23/2010 Order.

Signed: July 23, 2010

Frank G. Johns, Clerk
United States District Court